William F. Sell, appellee, v. Charles E. Gambill, appellant. Gen. No. 9,367.

Opinion filed January 26, 1939.

Campbell, Clithero & Fischer and Mary Hamsmith, for appellant. Carl W. Kellman and Henry Werner, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Alice Davis, appellee, v. Frank H. Bankert, appellant. Gen. No. 9,372.

Opinion filed January 26, 1939.

Richolson & Anderson, for appellant. Butters & Berry, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Agnes M. Winger, appellee, v. Fred R. Winger, appellant. Gen. No. 9,386.

Opinion filed January 26, 1939.

Clarence W. Heyl, for appellant. Roy P. Hull, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Chester B. Howe, appellee, v. Pearl G. Howe, appellant. Gen. No. 9,357.

Opinion filed January 26, 1939.

Marshall Solberg and D. T. Smiley, for appellant. Fred B. Bennett and R. F. Marshall, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.